UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| | : | |
| MALIK SIMMONS, | : | |
| | : | Civil Action No. 15-7551 (ES) |
| Petitioner, | : | |
| | : | |
| v. | : | MEMORANDUM AND ORDER |
| | : | |
| STEPHEN JOHNSON, | : | |
| | : | |
| Respondent. | : | |
| | : | |

IT APPEARING THAT:

*Pro se* Petitioner Malik Simmons, a prisoner confined at New Jersey State Prison in

Trenton, New Jersey, seeks to bring a habeas petition pursuant to 28 U.S.C. § 2254.  Local Civil

Rule 81.2 provides:

> Unless prepared by counsel, petitions to this Court for a writ of
> *habeas corpus* . . . shall be in writing (legibly handwritten in ink or
> typewritten), signed by the petitioner or movant, on forms supplied
> by the Clerk.

L.Civ.R. 81.2(a).  Petitioner did not use the habeas form supplied by the Clerk for section 2254

petitions, *i.e.*, AO 241 (modified):DNJ-Habeas-008(Rev.01-2014).

THEREFORE, it is on this 2nd day of November, 2015;

ORDERED that the Clerk of the Court shall ADMINISTRATIVELY TERMINATE this

case, without filing the complaint or assessing a filing fee; Petitioner is informed that

administrative termination is not a "dismissal" for purposes of the statute of limitations, and that

if the case is reopened, it is not subject to the statute of limitations time bar if it was originally filed

timely, *see Jenkins v. Superintendent of Laurel Highlands*, 705 F.3d 80, 84 n.2 (2013) (describing

prisoner mailbox rule generally); *Dasilva v. Sheriff's Dep't*, 413 F. App'x 498, 502 (3rd Cir. 2011) (per curiam) ("[The] statute of limitations is met when a complaint is submitted to the clerk before the statute runs …."); and it is further

ORDERED that the Clerk of the Court shall forward Petitioner a blank habeas petition form—AO 241 (modified):DNJ-Habeas-008(Rev.01-2014); and it is further

ORDERED that the Clerk's service of the blank habeas petition form shall not be construed as this Court's finding that the original petition is or is not timely, or that Petitioner's claims are or are not duly exhausted; and it is further

ORDERED that if Petitioner wishes to reopen this case, he shall so notify the Court, in writing addressed to the Clerk of the Court, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, within 30 days of the date of entry of this Memorandum and Order; Petitioner's writing shall include a complete, signed habeas petition on the appropriate form; and it is further

ORDERED that upon receipt of a writing from Petitioner stating that he wishes to reopen this case and a complete, signed petition, the Clerk of the Court will be directed to reopen this case; and it is finally

ORDERED that the Clerk of the Court shall serve a copy of this Memorandum and Order upon Petitioner by regular U.S. mail.

*s/ Esther Salas*
**Esther Salas, U.S.D.J.**
